[No. 6621-5-III. Division Three. February 7, 1985.]

*In the Matter of the Personal Restraint of*
MARK A. McCOY, *Petitioner.*

Petition for relief from personal restraint. *Vacated* and *remanded with instructions* by unpublished per curiam opinion.

[No. 6047-1-III. Division Three. February 9, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. GEARY R. DOWDY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4671, Gordon Swyter, J., entered July 26, 1983. *Affirmed* and *remanded with instructions* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.

[No. 5862-0-III. Division Three. February 7, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN FLOYD RENSHAW, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 83-1-00049-5, Duane E. Taber, J., entered April 29, 1983. *Denied* by unpublished per curiam opinion.

[No. 6612-2-II. Division Two. February 8, 1985.]

MARGRITH E. BEAL, *Appellant,* v. PETER KRAM, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 302918, James P. Healy, J., entered September 3, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.